## 57747. HOOD v. DEPARTMENT OF HUMAN RESOURCES.

QUILLIAN, Presiding Judge.

Appeal was taken from an order terminating the parental rights of the appellant. *Held:*

The child involved in this case suffered from a hyperkenetic syndrome. The sole question presented is whether she was a deprived child and the conditions and causes of the deprivation are likely to continue. See Code Ann. § 24A-3201 (Ga. L. 1971, pp. 709, 747, as amended through Ga. L. 1977, pp. 181, 182). As held in *Brown v. Fulton County Dept. of Family &c. Services,* 136 Ga. App. 308, 310 (220 SE2d 790) "the definition of 'deprived child' focuses upon the needs of the child *regardless of parental fault.*"

The proof offered on trial revealed that a "hyperactive" child required a great deal more care and special attention than an ordinary child; that without such extra care the child would suffer serious physical, mental and emotional problems or harm; that based on her past behavior the mother failed to provide a stable home environment and these conditions are likely to continue.

The trial judge concluded that the child was deprived within the meaning of Code Ann. § 24A-3201. "In determining how the interest of the child is best served, the juvenile court is vested with a broad discretion which will not be controlled in the absence of manifest abuse." *Banks v. Dept. of Human Resources,* 141 Ga. App. 347, 350 (233 SE2d 449). See *In the interest of: K. C. O.,* 142 Ga. App. 216 (235 SE2d 602); *Cox v. Dept. of Human Resources,* 148 Ga. App. 43 (250 SE2d 839). Under the special circumstances here, we find the evidence sufficient to sustain the finding.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED MAY 9, 1979 — DECIDED
JUNE 5, 1979.

*Schuder & Hartness, Edward L. Hartness,* for appellant.

*Arthur K. Bolton, Attorney General, Carol Atha Cosgrove, Assistant Attorney General, Stephanie B. Manis, William M. House,* for appellee.